**Dismissed and Memorandum Opinion filed November 8, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00891-CR

**PRECIOUS YARNELL WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1248636**

## M E M O R A N D U M   O P I N I O N

The record reflects this is an attempted appeal of an order amending the conditions of probation entered August 16, 2012.[1]  An order altering or modifying probationary conditions is not reviewable on direct appeal.  *See Bailey v. State*, 160 S.W.3d 11, 13 (Tex. Crim. App. 2004) (citing *Basaldua v. State,* 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Dodson v. State,* 988 S.W.2d 833 (Tex. App. -- San Antonio 1999, no pet.); and

---

[1] Appellant's notice of appeal was not filed until September 24, 2012, but it was mailed on September 17, 2012.  Accordingly, the notice of appeal is timely.

*Jones v. State*, 680 S.W.2d 580, (Tex. App. -- Beaumont 1984, no pet.).) Accordingly, we order the appeal dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).